DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LAUREN KOHEN and JOSH KOHEN,

Appellants,

v.

PROMISE TO JET ENTERPRISES, LLC, a Florida limited
liability company,

Appellee.

No. 2D2025-0618

_____

February 20, 2026

Appeal from the Circuit Court for Pinellas County; Michael F. Andrews,
Judge.

Michael J. Park of Park Law Group, P.A., Clearwater, for Appellants.

Dorothy DiFiore and Victoria Pineda of Quintairos, Prieto, Wood & Boyer,
P.A., Tampa, for Appellee.


PER CURIAM.

     Affirmed.

LUCAS, C.J., and NORTHCUTT and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior publication.